B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Geimer, Michael J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Geimer, Gloria J** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Geimer Greenhouse, Inc.; FDBA Geimer Landscape Services, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1201** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3528** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3250 Middlesax Drive**<br>**Long Grove, IL**                        ZIP Code **60047** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3250 Middlesax Drive**<br>**Long Grove, IL**                        ZIP Code **60047** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)
Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Geimer, Michael J**<br>**Geimer, Gloria J** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Timothy M. Hughes**                    **March 14, 2012**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Timothy M. Hughes 6208982** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                   Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Geimer, Michael J** |
| | **Geimer, Gloria J** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael J Geimer**

Signature of Debtor  **Michael J Geimer**

X **/s/ Gloria J Geimer**

Signature of Joint Debtor **Gloria J Geimer**

Telephone Number (If not represented by attorney)

**March 14, 2012**

Date

### Signature of Attorney*

X **/s/ Timothy M. Hughes**

Signature of Attorney for Debtor(s)

**Timothy M. Hughes 6208982**

Printed Name of Attorney for Debtor(s)

**Lavelle Law, Ltd.**

Firm Name

**501 W Colfax**
**Palatine, IL 60067**

Address

**Email: thughes@lavellelaw.com**
**847.705-9698  Fax: 847.241-1702**

Telephone Number

**March 14, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael J Geimer**
        **Gloria J Geimer**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

      □ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* ***[Must be accompanied by a motion for determination by the court.]***

            □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

            □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

            □ Active military duty in a military combat zone.

      □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael J Geimer**
                    **Michael J Geimer**

Date:   **March 14, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael J Geimer**
        **Gloria J Geimer**

Case No. _____

Debtor(s)

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

&#9633; 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
      &#9633; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
      &#9633; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
      &#9633; Active military duty in a military combat zone.

&#9633; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gloria J Geimer**
                                   **Gloria J Geimer**

Date:   **March 14, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael J Geimer,**
         **Gloria J Geimer**

Case No. _____

_____,
                            Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 300,000.00 | | |
| B - Personal Property | Yes | 4 | 24,192.68 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 835,247.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 650,481.17 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 73 | | 1,097,024.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,596.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,590.00 |
| Total Number of Sheets of ALL Schedules | | 87 | | | |
| Total Assets | | | 324,192.68 | | |
| Total Liabilities | | | | 2,582,753.09 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael J Geimer,**
       **Gloria J Geimer**

Case No. _____

                         ,

Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 650,481.17 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 650,481.17 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,596.00 |
| Average Expenses (from Schedule J, Line 18) | 1,590.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,324.08 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 535,247.54 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 650,481.17 |
| 4. Total from Schedule F | | 1,097,024.38 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,282,753.09 |

B6A (Official Form 6A) (12/07)

.

In re   **Michael J Geimer,**                                          Case No. _____

          **Gloria J Geimer**

_____,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) . Zillow.com indicated Fair Market Value of $298,400.00 with a range of $224,000.00 to $394,000.00** | **Fee simple** | **J** | **300,000.00** | **835,247.54** |

|  |  |  |
|---|---|---|
| Sub-Total > | **300,000.00** | (Total of this page) |
| Total > | **300,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Michael J Geimer,**
    **Gloria J Geimer,**

Case No. _____

_____,
              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Consumers Credit Union**<br><br>**Business account at CharterOne** | J<br><br>J | 330.00<br><br>150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books & pictures** | J | 750.00 |
| 6. Wearing apparel. | | **Clothing** | J | 3,000.00 |
| 7. Furs and jewelry. | | **Wedding rings, watches & costume jewelry** | J | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life ins.** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **7,580.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael J Geimer,**                                                      Case No. _____
      **Gloria J Geimer**

_____,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Chase for 2806.34**<br>**Chase for 2806.34** | J | 5,612.68 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1/3 interest in Geimer Landscape Services, LLC (incorporated on 1/17/2008 -- )** | J | 1,500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan to Geimer Greenhouse** | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Current year's federal & state income tax refund** | J | 500.00 |
| | | **Geimer Greenhouses, Inc. (a dissolved Illinois corporation no longer operating)** | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **7,612.68**
(Total of this page)

Sheet <u>**1**</u> of <u>**3**</u> continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Michael J Geimer,**                                                    Case No. _____
      **Gloria J Geimer**

_____ ,
                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge Van** | J | 3,000.00 |
| | | **2001 Chevy Van** | J | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. small tools** | J | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                                      9,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael J Geimer,**
     **Gloria J Geimer**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **24,192.68** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Michael J Geimer,**                                                   Case No. _____
     **Gloria J Geimer**

                                            ,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) .   Zillow.com indicated Fair Market Value of $298,400.00 with a range of $224,000.00 to $394,000.00** | **735 ILCS 5/12-901** | **30,000.00** | **300,000.00** |
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at Consumers Credit Union** | **735 ILCS 5/12-1001(b)** | **330.00** | **330.00** |
| **Business account at CharterOne** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books & pictures** | **735 ILCS 5/12-1001(a)** | **750.00** | **750.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **3,000.00** | **3,000.00** |
| **Furs and Jewelry** | | | |
| **Wedding rings, watches & costume jewelry** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **Interests in Insurance Policies** | | | |
| **Life ins.** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Chase for 2806.34** | **735 ILCS 5/12-704** | **5,612.68** | **5,612.68** |
| **Chase for 2806.34** | | | |
| **Stock and Interests in Businesses** | | | |
| **1/3 interest in Geimer Landscape Services, LLC (incorporated on 1/17/2008 -- )** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Current year's federal & state income tax refund** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Geimer Greenhouses, Inc. (a dissolved Illinois corporation no longer operating)** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Dodge Van** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,000.00** |
| | **735 ILCS 5/12-1001(b)** | **600.00** | |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Michael J Geimer,**                                                    Case No. _____
       **Gloria J Geimer**

_____ ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2001 Chevy Van** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **5,000.00** |
| | **735 ILCS 5/12-1001(b)** | **2,600.00** | |
| | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Misc. small tools** | **735 ILCS 5/12-1001(d)** | **1,000.00** | **1,000.00** |
| | **735 ILCS 5/12-1001(b)** | **470.00** | |

Total:         **54,662.68**       **324,192.68**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Michael J Geimer,**                                          Case No. _____
         **Gloria J Geimer**
                                                              ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx8924** | | | **NOTICE ONLY**<br>**First Mortgage**<br>**3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) . Zillow.com indicated Fair Market Value of $298,400.00 with a range of** | | | | | |
| **ASC**<br>**P.O. Box 10388**<br>**Des Moines, IA 50306-0388** | | J | | | | | | |
| | | | Value $           **300,000.00** | | | | **485,247.54** | **485,247.54** |
| Account No. | | | **Current year's federal & state income tax refund** | | | | | |
| **Internal Revenue Service**<br>**P.O. Box 7317**<br>**Philadelphia, PA 19101-7317** | | J | | | | | | |
| | | | Value $           **500.00** | | | | **0.00** | **0.00** |
| Account No. **xx xx 4494** | | | **NOTICE ONLY**<br>**First Mortgage**<br>**3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) . Zillow.com indicated Fair Market Value of $298,400.00 with a range of** | | | | | |
| **U.S. Bank**<br>**c/o Codilis & Assoc**<br>**15W030 North Frontage Rd., #100**<br>**Willowbrook, IL 60527** | | J | | | | | | |
| | | | Value $           **300,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **First Mortgage**<br>**3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) . Zillow.com indicated Fair Market Value of $298,400.00 with a range of $224,000.00 to $39** | | | | | |
| **U.S. Bank**<br>**4801 Frederica St**<br>**Owensboro, KY 42301** | | J | | | | | | |
| | | | Value $           **300,000.00** | | | | **350,000.00** | **50,000.00** |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **835,247.54** | **535,247.54** |
| Total<br>(Report on Summary of Schedules) | **835,247.54** | **535,247.54** |

B6E (Official Form 6E) (4/10)

In re    **Michael J Geimer,**    Case No. _____
    **Gloria J Geimer**

_____,
    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Michael J Geimer,**
      **Gloria J Geimer**                                                       Case No. _____

                                              ,
                                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> **ILDepartment of Employment Security** <br> **800 Lancer Lane** <br> **Grayslake, IL 60030** | | J | | | | | 12,156.55 | 12,156.55 | 0.00 |
| Account No. <br> **Illinois Department of Employment** <br> **33 S. State, 9th Floor** <br> **Chicago, IL 60603** | | J | **Geimer Landscape** | | | | 12,156.55 | 12,156.55 | 0.00 |
| Account No. <br> **Illinois Department of Revenue** <br> **100 W Randolph 7th Floor** <br> **Bankruptcy Unit** <br> **Chicago, IL 60601** | | J | **Geimer Landscape & Geimer Green Houses** | | | | 12,156.55 | 12,156.55 | 0.00 |
| Account No. <br> **Illinois Dept. of Revenue** <br> **Board of Appeals - Suite 7-339** <br> **100 W. Randolff Street** <br> **Chicago, IL** | | J | **Possible Personal Guaranty** | | | | 107,950.95 | 107,950.95 | 0.00 |
| Account No. <br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | J | | | | | 506,060.57 | 506,060.57 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 650,481.17 | 650,481.17 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 650,481.17 | 650,481.17 | 0.00 |

B6F (Official Form 6F) (12/07)

In re      **Michael J Geimer,**                                                          Case No. _____
       **Gloria J Geimer**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **a-1 Total Security, Inc.** **245 W. Dundee Road** **Buffalo Grove, IL 60089** | | J | | | | | 0.00 |
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **A.M. Lenard, Inc.** **POB 816** **Piqua, OH 45356-0815** | | J | | | | | 0.00 |
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **AAH-HA Weidners Sewer** **25 North Street** **Grayslake, IL 60030** | | J | | | | | 0.00 |
| Account No. | | | **Loan** | | | | |
| **ABN Amro Mortage** **2600 W. Big Beaver Rd.** **Troy, MI 48084** | | J | | | | | 0.00 |

| | | |
|---|---|---|
| __72__  continuation sheets attached | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                        Case No. _____
            **Gloria J Geimer**
                                                                                        ,
_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| **ABN Amro Mortage** **2600 W. Big Beaver Rd.** **Troy, MI 48084** | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Ace Hardware Corporation** **2200 Kensington Court** **Oak Brook, IL 60523-2100** | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Acorn Farms** **7679 Worthington Road** **Galena, OH 43021** | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Ades & Gish Nurseries** **2222 N. Twin Oaks Valley Road** **San Marcos, CA 92069** | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Al's Garden Art, Inc.** **POB 111** **Colton, CA 92324** | | J | | | | | 0.00 |

Sheet no. __1__ of __72__ sheets attached to Schedule of                    Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**                                                    Case No. _____
      **Gloria J Geimer**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Alarm Detection Systems, Inc.** **1111 Church Road** **Aurora, IL 60505** | J | | | | | | | 0.00 |
| Account No. **xx xxxxxx xxxxx 9319** | | | | **NOTICE ONLY** | | | | |
| **Allied Interstate** **3000 Corporate Exchange Dr.** **5th flr** **Columbus, OH 43231** | J | | | | | | | 0.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **American Enterprise Bank** **600 N. Buffalo Grove Rd.** **Buffalo Grove, IL 60089** | J | | | | | | | 0.00 |
| Account No. | | | | **Installment** | | | | |
| **American Enterprise Bank** **600 N. Buffalo Grove Rd.** **Buffalo Grove, IL 60089** | J | | | | | | | 0.00 |
| Account No. | | | | **Credit Card Purchases** | | | | |
| **American Express** **P.O. Box 981535** **El Paso, TX 79998-1535** | J | | | | | | | 0.00 |

Sheet no. __2___ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**
         **Gloria J Geimer**
                                                                        Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **American General** **POB 0796** **Carol Stream, IL 60132-0796** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **American Sod Corp.** **POB 861** **Palatine, IL 60078** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Amerigas Dept** **POB 0140** **Palatine, IL 60055-0140** | | J | | | | | | 1,149.97 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Aquascpae Designs, Inc.** **36298 Treasury Center** **Chicago, IL 60694-6200** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Aris Horticulture** **Yoder Brothers, Inc.** **POB 230** **Barberton, OH 44203** | | J | | | | | | 8,949.83 |

Sheet no. __3__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,099.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                           Case No. _____
         **Gloria J Geimer**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| **Armbrust Farm** **15303 Obrien Road** **Harvard, IL 60033** | | J | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| **Arrows Plastic Manufacturing Co.** **701 E. Devon Ave.** **Elk Grove Village, IL 60007** | | J | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| **Arthur Clesen, Inc.** **543 Diens Dr.** **Wheeling, IL 60090-2687** | | J | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| **AT&T** **POB 9001310** **Louisville, KY 40290-1310** | | J | | | | | | |
| | | | | | | | | 273.51 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| **Atlas Bobcat, Inc.** **5050 N. River Road** **Schiller Park, IL 60176** | | J | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __4__ of __72__ sheets attached to Schedule of                    Subtotal                  | 273.51 |
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
       **Gloria J Geimer**                                                    Case No. _____

                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No.<br><br>**ATM** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Auo Fix** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Avanti Press Department**<br>**210401 POB 67000**<br>**Detroit, MI 48267-2104** | | J | Possible Personal Guaranty | | | | 1,091.57 |
| Account No.<br><br>**Bailey Nurseies, Inc.**<br>**1325 Bailey Rd.**<br>**Saint Paul, MN 55119-6199** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Baker & Sons, Ltd.**<br>**J.C. Baker & Sons, Ltd.**<br>**R.R. 3. 1209 Third Street**<br>**Ontario** | | J | Possible Personal Guaranty | | | | 4,789.76 |

Sheet no. __5__ of __72__ sheets attached to Schedule of        Subtotal        | 5,881.33 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**
     **Gloria J Geimer**
                                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Bank of America POB 17054 Wilmington, DE 19850 | | J | | | | | | 0.00 |
| Account No. | | | | Mortgage | | | | |
| Bank of America 450 American St # SV416 Simi Valley, CA 93065 | | J | | | | | | 0.00 |
| Account No. | | | | Mortgage | | | | |
| Bank of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Bank of America, N.A.- T&B G POB 660807 Dallas, TX 75266-0807 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Bank of American Home Loans JK POB 650070 Dallas, TX 75265-0070 | | J | | | | | | 0.00 |

Sheet no. __6__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                        Case No. _____
         **Gloria J Geimer**

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Bartels Plants, Inc.** **8600 116th Ave.** **West Olive, MI 49460** | | J | | | | | | 3,692.10 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Battery Dept.** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Bayview Flowers, Ltd.** **3764 Jordan Rd.** **Ontario** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Bernecker's Nursery, Inc.** **16900 S.W. 216th St.** **Miami, FL 33170** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Bert R. Hybels, Inc.** **3322 Grand Prairie** **Kalamazoo, MI 49006** | | J | | | | | | 0.00 |

Sheet no. __7___ of __72__ sheets attached to Schedule of            Subtotal            | 3,692.10 |
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**    Case No. _____
         **Gloria J Geimer**

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Best Sanitation** | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Better Blooming Orchids** **1850 Palmetto Dr.** **Kissimmee, FL 34744** | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Betty G. Geimer** **20518 Plumwood Lane** **Lake Zurich, IL 60047** | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Betty Geimer** **20518 Plumwood Lane** **Lake Zurich, IL 60047** | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Beverly Materials, LLC** **1100 Brandt Dr.** **Elgin, IL 60120-1693** | | | J | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __8__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                            Case No. _____
       **Gloria J Geimer**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **BFG Supply Co.** **POB 660117** **Indianapolis, IN 46266-0117** | | J | | | | | | 0.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Bishop Plumbing** | | J | | | | | | 0.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Blue Start Group** **1165 Tern Drive** **Palatine, IL 60067** | | J | | | | | | 0.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Border Concepts, Inc.** **POB 471185** **Charlotte, NC 28247-1185** | | J | | | | | | 0.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Bork Nurseries, Inc.** **POB Drawer 147** **Onarga, IL 60955-0147** | | J | | | | | | 0.00 |

Sheet no. __9___ of __72__ sheets attached to Schedule of                    Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                                    Case No. _____
   **Gloria J Geimer**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Botanical Interests, Inc. 660 Compton St. Broomfield, CO 80020** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. **Bottman Design, Inc. 1081 S. 300 West #A Salt Lake City, UT 84101** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. **Boven's Quality Plants 8450 East H. Ave. Kalamazoo, MI 49048** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. **Boyd Nurseries, Inc. 1535 B Road Loxahatchee, FL 33470** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. **BP Amoco PO Box 15325 Wilmington, DE 19886** | | J | **NOTICE ONLY** | | | | 0.00 |

Sheet no. __10__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
       **Gloria J Geimer**                                                     Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Breezy Nursery** **7530 288th Ave.** **Salem, WI 53168** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Bromelias Specialties, Inc.** **28001 SW 197th Ave.** **Homestead, FL 33030** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Bruce Jensen Nureries/Flordia LLP** **81 Roger Williams Rd.** **Orange Park, FL 32073-4573** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Buckerridge Door, Inc.** **15 S. University** **Arlington Heights, IL 60004** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Burgmeier Real Estate c/o Michael** **33 W. Monroe** **Suite 600** **Chicago, IL 60603** | | J | | | | | | 116,320.33 |

Sheet no. __11__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116,320.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**
**Gloria J Geimer**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Butler's Foliage, Inc. POB 92-4297 Homestead, FL 33092 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Campania POB 506 Quakertown, PA 18951 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Capital One POB 6492 Carol Stream, IL 60197 | | J | | | | | | 1,458.19 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Capri Farms, Inc. 19900 SW 248th Street Homestead, FL 33031 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Carlin Sales Corproation 8170 North Granville Road Milwaukee, WI 53223 | | J | | | | | | 0.00 |

Sheet no. __12__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,458.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                                      Case No. _____
     **Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | J | Possible Personal Guaranty | | | | |
| Carruth Studio, Inc. 1178 Farnsworth Road Waterville, OH 43566-1074 | | | | | | | | 0.00 |
| Account No. | | | J | Possible Personal Guaranty | | | | |
| Ceramo Company, Inc. POB Drawer 485 Jackson, MO 63755 | | | | | | | | 0.00 |
| Account No. 3412 | | | J | Credit card Purchases - Charged off | | | | |
| Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 24,129.59 |
| Account No. 9319 | | | J | Credit Card Purchases | | | | |
| Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 3,119.05 |
| Account No. | | | J | Installment | | | | |
| Chase POB 901076 Fort Worth, TX 76101 | | | | | | | | 0.00 |

Sheet no. __13__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal     | 27,248.64 |
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                      Case No. _____
    **Gloria J Geimer**

_____,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Installment | | | | |
| **Chase POB 71 Phoenix, AZ 85001** | | J | | | | | | 0.00 |
| Account No. | | | | Credit Card Purchases | | | | |
| **Chase BP Private POB 15298 Wilmington, DE 19850** | | J | | | | | | 0.00 |
| Account No. | | | | Credit Card Purchases - Charged off | | | | |
| **ChaseUSA PO Box 15298 Wilmington, DE 19850** | | J | | | | | | 3,278.00 |
| Account No. | | | | Credit Card Purchases - Charged off | | | | |
| **ChaseUSA PO Box 15298 Wilmington, DE 19850** | | J | | | | | | 6,150.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Chesapeake Nurseries, Inc. 27588 Pemberton Drive Salisbury, MD 21801** | | J | | | | | | 0.00 |

Sheet no. __14__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,428.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
       **Gloria J Geimer**

Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Chicago Botanic Gardens Education Registar 1000 Lake Cook Road Glencoe, IL 60022** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Chicago Foliage, Inc. 287 Commonwealth Carol Stream, IL 60188** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Chicago International Trucks 211 S. Rt 83 Grayslake, IL 60030** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Chicago Tribune 14839 Collection Center Dr. Chicago, IL 60693-0148** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Chicagoland Gardening Magazine c/o Growit Communications POB208 Downers Grove, IL 60515-0208** | | J | | | | | | 2,710.00 |

Sheet no. __15__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,710.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                          Case No. _____
         **Gloria J Geimer**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Citi Cards / Citi Bank**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | | | J | | **Credit Card Purchases** | | | | **0.00** |
| Account No. **xxxxx xxxxxx xxx xxxxgage**<br><br>**Citi Mortgage**<br>**P.O. Box 183040**<br>**Columbus, OH 43218-3040** | | | J | | **Possible Personal Guaranty** | | | | **231,807.48** |
| Account No.<br><br>**CitiFinancial**<br>**200 Saint Paul Pl**<br>**Baltimore, MD 21202** | | | J | | **Installment** | | | | **0.00** |
| Account No.<br><br>**Clesen Brothers, Inc.**<br>**1050 Center Drive**<br>**South Elgin, IL 60177-2502** | | | J | | **Possible Personal Guaranty** | | | | **0.00** |
| Account No.<br><br>**Clesen Wholesale**<br>**316 Florence Ave.**<br>**60202-3298** | | | J | | **Possible Personal Guaranty** | | | | **0.00** |

Sheet no. __**16**__ of __**72**__ sheets attached to Schedule of          Subtotal                     **231,807.48**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                         Case No. _____
         **Gloria J Geimer**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CNT Systems**<br>**POB 5035**<br>**Vernon Hills, IL 60061** | | J | | Possible Personal Guaranty | | | | <br><br><br>0.00 |
| Account No. **xx-xxxxx8748**<br><br>**College of Lake County**<br>**c/o Armer Systems Corp.**<br>**1700 Kiefer Dr.; Suite 1**<br>**Zion, IL 60099** | | J | | Possible Personal Guaranty | | | | <br><br><br>459.20 |
| Account No. <br><br>**Com Ed Bill Payment Center**<br>**2727 RFD**<br>**Chicago, IL 60668-0001** | | J | | Possible Personal Guaranty | | | | <br><br><br>1,500.00 |
| Account No. <br><br>**Commerce Corporation**<br>**J. Molema & Sons**<br>**4660 East Paris Ave. SE**<br>**Grand Rapids, MI 49512-5317** | | J | | Possible Personal Guaranty | | | | <br><br><br>10,901.69 |
| Account No. <br><br>**Community Sewer & Septic, Inc.**<br>**POB 874**<br>**Wauconda, IL 60084** | | J | | Possible Personal Guaranty | | | | <br><br><br>0.00 |

Sheet no. __**17**__ of __**72**__ sheets attached to Schedule of              Subtotal              | 12,860.89 |
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
        **Gloria J Geimer**                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Conseco Life Insurance Co. POB 6267 Carol Stream, IL 60197 | | J | | | | | | 1,905.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Contunental Craft, Inc. c/o Jay Levy POB 1181 Evanston, IL 60201 | | J | | | | | | 750.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Costa Nursery Farms, LLC POB 7247-6333 Philadelphia, PA 19170-6333 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Cottage Gardens, Inc. 4992 Middle Ridge Rd. Perry, OH 44081 | | J | | | | | | 646.73 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Country Stone, Inc. POB 1160 Milan, IL 61264 | | J | | | | | | 1,406.67 |

Sheet no. __18__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              4,708.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                          Case No. _____
      **Gloria J Geimer**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | J | | Possible Personal Guaranty | | | | |
| Countryside Nursery 13200 S.W. Wilsonville Rd. Wilsonville, OR 97070 | | | | | | | | | 0.00 |
| Account No. | | | J | | Possible Personal Guaranty | | | | |
| County Acres 8181 Barry Street Zeeland, MI 49464 | | | | | | | | | 0.00 |
| Account No. **Comcast** | | | J | | NOTICE ONLY | | | | |
| Credit Protection Association 1335 Noel Rd. Suite 2100 Dallas, TX 75240 | | | | | | | | | 0.00 |
| Account No. | | | J | | Possible Personal Guaranty | | | | |
| D. Hill Nursery Coimpany 16111 State Route 176 Union, IL 60180 | | | | | | | | | 0.00 |
| Account No. | | | J | | Possible Personal Guaranty | | | | |
| DeLeon's Bromeliads, Inc. 13745 SW 216th St. Miami, FL 33170 | | | | | | | | | 0.00 |

Sheet no. __**19**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
       **Gloria J Geimer**

Case No. _____

                                                              ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Dependable Fire Equipment, Inc.** **60 Le Baron St.** **Waukegan, IL 60085-3025** | J | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Devroomen Holland** **POB 189** **Russell, IL 60075** | J | | | | | | | 2,199.28 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Dex** **8519 Innovation Way** **Chicago, IL 60682-0085** | J | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Diamond Blade Warehouse** **POB 5756** **Vernon Hills, IL 60061** | J | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Direct Energy** **POB 1659** **New York, NY 10008-1659** | J | | | | | | | 0.00 |

Sheet no. __20__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,199.28

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                    Case No. _____
      **Gloria J Geimer**

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Direct Energy Services, LLC**<br>**POB 1659**<br>**New York, NY 10008-1659** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. **3634** <br><br>**Discover**<br>**POB 15316**<br>**Wilmington, DE 19850-5316** | | J | **Credit Card Purchases** | | | | 5,964.37 |
| Account No. **7702** <br><br>**Discover**<br>**POB 15316**<br>**Wilmington, DE 19850-5316** | | J | **Credit Card Purchases** | | | | 3,129.14 |
| Account No. <br><br>**Discover**<br>**POB 15316**<br>**Wilmington, DE 19850-5316** | | J | **Credit Card Purchases - Charged off** | | | | 9,987.00 |
| Account No. <br><br>**Donahues Clematis Specialists**<br>**420 S.W. 10th Street**<br>**POB 366**<br>**Faribault, MN 55021** | | J | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __21__ of __72__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)        **19,080.51**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                                                   Case No. _____
      **Gloria J Geimer**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dorfman Pacific Co., Inc.**<br>**2615 Boeing Way**<br>**Stockton, CA 95206** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**E. Besler & Co.**<br>**115 Martin Lane**<br>**Elk Grove Village, IL 60007-1309** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Elite Growers, Inc.**<br>**18 Sequoia Rd.**<br>**Lake Zurich, IL 60047** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Evergreen**<br>**5915 Midlothian Turnpike**<br>**Richmond, VA 23225** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Evergreen Sales Company**<br>**1969 Lake Terrace**<br>**Glenview, IL 60025** | | J | **Possible Personal Guaranty** | | | | 564.80 |

Sheet no. __22__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

564.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**   Case No. _____
       **Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Personal Guaranty | | | | |
| Ex Officeio POB 915199 Dallas, TX 75391-5199 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Expeditors International/Chicago 849 Thomas Drive Bensenville, IL 60106 | | J | | | | | 0.00 |
| Account No. | | | Credit Card Purchases | | | | |
| Exxon Mobil Processing Center Des Moines, IA 50361-0001 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Fantasy Foliage 815 N. Homestead Blvd. Homestead, FL 33030 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Fastsigns 700 N. Milwaukee Ave. Vernon Hills, IL 60061 | | J | | | | | 0.00 |

Sheet no. __23__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Michael J Geimer,**                                          Case No. _____
          **Gloria J Geimer**

_____,
                                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | **Possible Personal Guaranty** | | | | |
| **Fed Ex POB 94515 Palatine, IL 60094-4515** | | J | | | | | | |
| | | | | | | | | **0.00** |
| **Account No.** | | | | **Possible Personal Guaranty** | | | | |
| **Florico Foliage Corp POB 990 Apopka, FL 32704** | | J | | | | | | |
| | | | | | | | | **0.00** |
| **Account No.** | | | | **Possible Personal Guaranty** | | | | |
| **Florida Cactus, Inc. POB 2900 Apopka, FL 32704** | | J | | | | | | |
| | | | | | | | | **0.00** |
| **Account No.** | | | | **Possible Personal Guaranty** | | | | |
| **Foliage Transport Network, Inc. POB 4068 Apopka, FL 32704** | | J | | | | | | |
| | | | | | | | | **0.00** |
| **Account No.** | | | | **Mortgage** | | | | |
| **Fremont Investment & Loan 175 N. Riverview Dr. Anaheim, CA 92808** | | J | | | | | | |
| | | | | | | | | **0.00** |
| Sheet no. __24__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                    Case No. _____
        **Gloria J Geimer**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Personal Guaranty | | | | |
| Freund Equipment, Inc. 11816 S. Route 47 Huntley, IL 60142 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| FS Conserv, LC Farm Supply Conserv FS 97791 Eagle Way Chicago, IL 60678-1977 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| G & E Greenhouses, Inc. POB 427 Elburn, IL 60119 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Ganz, Inc. # 043 60 Industrial Parkway Buffalo, NY 14227-9903 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Gardenware 429 SE Marlin Suite C Warrenton, OR 97146 | | J | | | | | 0.00 |

Sheet no. __25__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                                    Case No. _____
        **Gloria J Geimer**
_____,
                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **Gardenworld POB 14124 Saint Paul, MN 55114** | | J | | | | | 0.00 |
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **Gardner Equipment Company, Inc. 167 Kindt Street Juneau, WI 53039** | | J | | | | | 0.00 |
| Account No. | | | **Credit Card Purchases** | | | | |
| **GE/JCP POB 965007 Orlando, FL 32896** | | J | | | | | 0.00 |
| Account No. | | | **Credit Card Purchases** | | | | |
| **GECRB/Sams Club POB 965005 Orlando, FL 32896** | | J | | | | | 0.00 |
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **Germania Seed Co. 5978 N. Northwest Highway Chicago, IL 60631** | | J | | | | | 0.00 |

Sheet no. __26__ of __72__ sheets attached to Schedule of          Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                    Case No. _____
         **Gloria J Geimer**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **Gerson International** **POB 1209 Olathe** **Olathe, KS 66051-1209** | | J | | | | | 0.00 |
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **Glass Corner Green Houses, Inc.** **3525 Bristol NW** **Grand Rapids, MI 49544** | | J | | | | | 0.00 |
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **Global Aquatics Importers** **747 N. Edgewood Ave.** **Wood Dale, IL 60191** | | J | | | | | 0.00 |
| Account No. | | | **Possible Personal Guaranty** | | | | |
| **Global Pottery** **140 Half Follow Rd.** **Huntington Station, NY 11746** | | J | | | | | 2,593.19 |
| Account No. | | | **Credit Card Purchases** | | | | |
| **GMAC** **POB 380901** **Minneapolis, MN 55438** | | J | | | | | 0.00 |

Sheet no. __27__ of __72__ sheets attached to Schedule of                          Subtotal                | 2,593.19
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
      **Gloria J Geimer**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Goebert's Pumpkin & Farm Market** <br> **40 W. Higgins Rd.** <br> **Barrington, IL 60010** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Good Earth Greenhouse** <br> **135 S. Palmer Drive** <br> **Suite 102** <br> **Elmhurst, IL 60126** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Goodmark Nurseries, LLC** <br> **POB 448** <br> **Wauconda, IL 60084** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Grainger Dept.** <br> **136-801573130** <br> **Palatine, IL 60038** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Granby Farms** <br> **400 E. North Street.** <br> **Coal City, IL 60416** | | J | Possible Personal Guaranty | | | | 0.00 |

Sheet no. __28__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                                    Case No. _____
         **Gloria J Geimer**

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Granby's Greenhouse, Inc. 5850 W. Waupecan Rd. Verona, IL 60479 | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Grassmid Greenhouse 5825 96th Ave. Zeeland, MI 49464 | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Grinnel Fire Proection Dept. 10320 Palatine, IL 60067 | | | J | | | | | |
| | | | | | | | | 631.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Hana Financial, Inc. Floral Imports POB 92943 Los Angeles, CA 90009 | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Harmann Engelmann Greenhouses, Inc. POB 1147 Apopka, FL 32704-1147 | | | J | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __29__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

631.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                              Case No. _____
        **Gloria J Geimer**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Henri Studio, LLC Dept. 5405** <br> **POB 1170** <br> **Milwaukee, WI 53201** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **0.00** |
| Account No. <br><br> **Henry & Rosalie Stein** <br> **8742 N Harding Ave** <br> **Skokie, IL 60076** | | J | **2011** <br> **Contract dispute** | | | | <br><br><br> **0.00** |
| Account No. <br><br> **Herman Losely & Son, Inc.** <br> **3410 Shepard Rd.** <br> **Twinsburg, OH 44087** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **20,254.13** |
| Account No. <br><br> **Hilltop Garden** <br> **7461 Buchanan Street** <br> **Allendale, MI** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **0.00** |
| Account No. <br><br> **Hines Nurseries, Inc.** <br> **Credit Dept.** <br> **12621 Jeffery Road** <br> **Irvine, CA 92620** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **0.00** |

Sheet no. __**30**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **20,254.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**            Case No. _____
      **Gloria J Geimer**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hoffie Nursery, Inc.**<br>**POB 426**<br>**Union, IL 60180-0426** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Holland Beauty Flower & Bulb Corp.**<br>**7611 N. 73rd Street**<br>**Milwaukee, WI 53223** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Home Nursery, Inc.**<br>**RT 157 & University Dr.**<br>**Edwardsville, IL 62025-0307** | | J | | **Possible Personal Guaranty** | | | | 2,108.46 |
| Account No. <br><br>**HomeQ Servicing**<br>**POB 13716**<br>**Sacramento, CA 95853** | | J | | **Mortgage** | | | | 0.00 |
| Account No. <br><br>**Hortech, Inc.**<br>**POB 533**<br>**Spring Lake, MI 49456-0533** | | J | | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __31__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,108.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                    Case No. _____
       **Gloria J Geimer**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Hortica The Florist's Mutual Insura POB 807002 Kansas City, MO 64180-7002** | | J | | | | | | 2,100.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Horticultural Sales, Inc. POB 501524 San Diego, CA 92150-1524** | | J | | | | | | 0.00 |
| Account No. | | | | **Mortgage** | | | | |
| **HSBC Bank 2929 Walden Ave. Depew, NY 14043** | | J | | | | | | 0.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Hydro Spike POB 3205 Hinsdale, IL 60522** | | J | | | | | | 0.00 |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **IDOT State Treasurer 201 W. Center Ct. Schaumburg, IL 60196-1096** | | J | | | | | | 0.00 |

Sheet no. __32__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
     **Gloria J Geimer**
                                             ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | NOTICE ONLY | | | | |
| Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit Chicago, IL 60601 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Illinois Dept. Agriculture POB 19281 Springfield, IL 62794-9281 | | J | | | | | | 240.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Illinois Dept. of Revenue POB 88294 Chicago, IL 60680-1294 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Illinois Green Industry Association 2900 Green Briar Dr, Springfield, IL 62704 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Imperial Nurseries POB 120 Granby CT. Granby, CT 06035-0120 | | J | | | | | | 0.00 |

Sheet no. __33__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

240.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**　　　　　　　　　　　　　Case No. _____
　　　　**Gloria J Geimer**
　　　　　　　　　　　　　　　　　　　　　　　_____,
　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Internal Revnue Service** **Kansas City, MO 64999** | | J | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Intrinsic Perennial Garden, Inc.** **10702 Seaman Rd.** **Hebron, IL 60034** | | J | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Invisiclimb** **491 Patricia Ct.** **Suite 100** **Grayslake, IL 60030** | | J | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **J&A Imports** **Julian Lopez** **1512 E. Gustavus St.** **Laredo, TX 78040-6423** | | J | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **J. Frank Schmidt & Son Co.** **POB 189 Boring** **Boring, OR 97009** | | J | | | | | | |
| | | | | | | | | **3,653.09** |

Sheet no. __34__ of __72__ sheets attached to Schedule of　　　　　　　Subtotal　　　　　| **3,653.09** |
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Jaki Jorg 5 Overlook Drive Lake Zurich, IL 60047** | | J | | | | | | **0.00** |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Jan Kehe 25 Darlington Lake Zurich, IL 60047** | | J | | | | | | **0.00** |
| Account No. | | | | Landlord | | | | |
| **Jason Landry 2239 N. Rand Road Palatine, IL 60074** | | J | | | | | | **0.00** |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **K. G. McCarthy 4917 N. Seeley Chicago, IL 60625** | | J | | | | | | **0.00** |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Kalalou 3844 W. Northside Dr. Jackson, MS 39209** | | J | | | | | | **0.00** |

Sheet no. __35__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　**0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                              Case No. _____
        **Gloria J Geimer**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Kamensky Rubenstein 7250 N. Cicero Ave. Suite 20 Lincolnwood, IL 60712-1693 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Kendall Hill Nursery 16100 Newark Rd Newark, IL 60541 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Kerry's Bromeliad Nursery, Inc. 21840 S.W. 258th Street Homestead, FL 33031 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Kind's Foliage 25945 SW 197 ave. Homestead, FL 33031 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Kinsch Villiage Florist 301 Jackson St. Palatine, IL 60067 | | J | | | | | | 0.00 |

Sheet no. __36__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**
　　　**Gloria J Geimer**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kinsman Company, Inc.<br>6805 Easton Rd.<br>POB 428<br>Pipersville, PA 18947 | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Klehm Plants, LLC<br>190A W. Penny RD.<br>Barrington, IL 60010-9385 | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Kloubec Fisheries<br>1375 Baxter Ave.<br>Amana, IA 52203 | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Kraft Gardens<br>1555 N. Kings Highway<br>Fort Pierce, FL 34947 | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Krinner USA, Inc.<br>21316 Seasprite Circle<br>Huntington Beach, CA 92646 | | J | Possible Personal Guaranty | | | | 0.00 |

Sheet no. __37__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                    Case No. _____
        **Gloria J Geimer**

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Possible Personal Guaranty | | | | |
| LaBudde Group, Inc. POB 420 Grafton, WI 53024 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Lake County Collector 18 N. County Street Waukegan, IL 60085-4361 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Lake County NUrsery, Inc. POB 634187 Cincinnati, OH 45263-4187 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Lake Cypress Nursery, Inc. POB 770429 Winter Garden, FL 34777-0429 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Land & Sea, Inc. POB 95000-1192 Philadelphia, PA 19195-1192 | | J | | | | | | 0.00 |

Sheet no. __38__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                                    Case No. _____
        **Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lincoln NUrseries, Inc.**<br>**0-142 Lincoln Street N.W.**<br>**Grand Rapids, MI 49534** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **Linda Geimer**<br>**20518 Plumwood Lane**<br>**Lake Zurich, IL 60047** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **LIving Colors Nursery**<br>**19500 SW 140th St**<br>**Homestead, FL 33031** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **LIvingston Seed Co.**<br>**830 Kinnear Rd.**<br>**Columbus, OH 43212** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **Lotus International, Inc.**<br>**5 Dairy Park Road**<br>**Athens, GA 30607** | | J | **Possible Personal Guaranty** | | | | 4,936.61 |

Sheet no. __39__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                    (Total of this page)    **4,936.61**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                    Case No. _____

        **Gloria J Geimer**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lurvey Landscape Supply** <br> **30560 N. Russel Drive** <br> **Round Lake, IL 60073** | | J | | Possible Personal Guaranty | | | | <br><br> 0.00 |
| Account No. **Sears** <br><br> **LVNV Funding** <br> **P. O. Box 10497** <br> **Greenville, SC 29603** | | J | | NOTICE ONLY | | | | <br><br> 0.00 |
| Account No. <br><br> **M.C.T. Foliage Group** <br> **3322 Paysphere Circle** <br> **Chicago, IL 60674** | | J | | Possible Personal Guaranty | | | | <br><br> 0.00 |
| Account No. <br><br> **Maday's WHLE Greenhouses, Inc.** <br> **2215 E. Richton Rd.** <br> **Crete, IL 60417** | | J | | Possible Personal Guaranty | | | | <br><br> 0.00 |
| Account No. <br><br> **Madison Ohio Growers** <br> **6190 Middle Ridge Road** <br> **Madison, OH 44057** | | J | | Possible Personal Guaranty | | | | <br><br> 0.00 |

Sheet no. __40__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                     (Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
      **Gloria J Geimer**
                                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| Mankus & Marchan, Ltd.<br>5950 E. Lincloln Ave (rt 53)<br>Suite 500<br>Lisle, IL 60532-3387 | | | J | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| Marathon Oil Company<br>POB 740109<br>OH 45272-0109 | | | J | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| Mariani Nursery<br>POB 550<br>Lake Bluff, IL 60044-0500 | | | J | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| Martin Pasillas<br>1005 Tulip Way<br>Palatine, IL 60074 | | | J | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| Matfield Orchard & Nursery<br>4785 Mayfield Rd.<br>West Bend, WI 53095 | | | J | | | | | 0.00 |

Sheet no. __41__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**    Case No. _____
    **Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>McHutchinson<br>Attn: Noel Birmingham<br>640 Mountain View Blvd.<br>Wayne, NJ 07470 | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Meadowbrooke Gourds<br>125 Potato Road<br>Carlisle, PA 17015 | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Menards<br>Retail Services<br>POB 17602<br>Baltimore, MD 21297-1602 | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Michael's Nursery<br>c/o Flagler Bank<br>1801 Forest Hill Blvd.<br>West Palm Beach, FL 33406 | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>Midwest Cannon Falls<br>c/o Barry Serots & Assc.<br>POB 1008<br>Arlington Heights, IL 60006 | | J | | Possible Personal Guaranty | | | | 1,772.05 |

Sheet no. __42__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,772.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                    Case No. _____
      **Gloria J Geimer**

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Midwest Groundcovers**<br>**POB 748**<br>**Saint Charles, IL 60174** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Midwest Trading Horticultural Suppl**<br>**POB 398**<br>**Maple Park, IL 60151** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Minuteman International, Inc.**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60674-2659** | | J | **Possible Personal Guaranty** | | | | 180.00 |
| Account No.<br><br>**Monrovia Nursery Company**<br>**POB 1385**<br>**Azusa, CA 91702** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Morning Dew**<br>**601 North Congress Ave.**<br>**#436**<br>**Delray Beach, FL 33445** | | J | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __**43**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **180.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                          Case No. _____
    **Gloria J Geimer**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mossman**<br>**1811 Englewood Rd.**<br>**#274**<br>**Englewood, FL 34223-1822** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Mowery & Schoenfeld, LLC**<br>**475 Hald Day Road**<br>**Lincolnshire, IL 60069** | | J | Possible Personal Guaranty | | | | 15,580.00 |
| Account No.<br><br>**Mulch Manufacturing, Inc.**<br>**POB 641327**<br>**Cincinnati, OH 45264-1327** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**My Too Sprouts**<br>**POB 901387**<br>**Homestead, FL 33090-1387** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Napa Home & Garden**<br>**3270 Summit Ridge Parkway**<br>**Suite 240**<br>**Duluth, GA 30096** | | J | Possible Personal Guaranty | | | | 4,727.98 |

Sheet no. __44__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            20,307.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                                    Case No. _____
      **Gloria J Geimer**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| Napa-Heights Automotive POB 209 Prospect Heights, IL 60070 | | J | | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| National Bark Sales POB 7672 Boise, ID 83707 | | J | | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| National Cocoa Shell Dist., Inc. 207 Buffalo Street Suite 543 Milwaukee, WI 53202 | | J | | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| National Polymers, Inc. 7920 W. 215th Street Lakeville, MN 55044 | | J | | | | | | 0.00 |
| **Account No.** | | | | Possible Personal Guaranty | | | | |
| National Seed Company POB 583 Lisle, IL 60532 | | J | | | | | | 0.00 |

Sheet no. __45__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**
 **Gloria J Geimer**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Nature Creations** **5584 E. Gadde Bridge Lane** **Olney, IL 62450** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Navistar Financial Corp.** **POB 96070** **Chicago, IL 60693-6070** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **NEBS** **500 Main Street** **Attn: A/R** **Groton, MA 01471** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Netherland Buld** **13 McFadden Road** **Easton, PA 18045** | | J | | | | | | 12,430.71 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Network Solutions, Inc.** **POB17305** **Baltimore, MD 21297-0525** | | J | | | | | | 0.00 |

Sheet no. __46__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,430.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                        Case No. _____
       **Gloria J Geimer**
_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**New Creative Enterprises**<br>**6491 Paysphere Circle**<br>**Chicago, IL 60674** | | J | **Possible Personal Guaranty** | | | | 1,409.23 |
| Account No.<br><br>**New England Pottery**<br>**POB 404996**<br>**Atlanta, GA 30384-4996** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**New River Casual Furniture**<br>**5909 Thurston Ave.**<br>**Virginia Beach, VA 23455** | | J | **Possible Personal Guaranty** | | | | 1,083.27 |
| Account No.<br><br>**Newcomers Club of**<br>**LongGrove&Kildeer**<br>**4432 RFD**<br>**Lake Zurich, IL 60047** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Nicor Gas**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** | | J | **Possible Personal Guaranty** | | | | 14,337.01 |

Sheet no. __47__ of __72__ sheets attached to Schedule of                                    Subtotal                16,829.51
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                   Case No. _____
         **Gloria J Geimer**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J W J C | | | | | |
| Account No. <br><br>**North Shore Magazine** <br>**6901 W. 159th  St.** <br>**Tinley Park, IL 60477-9103** | | J | | **Possible Personal Guaranty** | | | | 600.00 |
| Account No. **3413** <br><br>**Northstar Location Services LLC** <br>**4285 Genesee St** <br>**Buffalo, NY 14225-1943** | | J | | **3/5/12** <br>**NOTICE ONLY - CHASE** | | | | 0.00 |
| Account No. <br><br>**Northwest Community Hospital** <br>**3060 Salt Creek** <br>**Suite 110** | | J | | **Possible Personal Guaranty** | | | | 808.00 |
| Account No. <br><br>**Northwest Electrical Supply** <br>**600 East Rand Rd.** <br>**Mount Prospect, IL 60056** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**O.M.I. Industries** <br>**18-6 East Dundee Rd.** <br>**Suite 101** <br>**Barrington, IL 60010** | | J | | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __48__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 1,408.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**
         **Gloria J Geimer**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Office Depot. Credit Plan POB 689020 Des Moines, IA 50368-9020 | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.  Olsen Distributing Company 969 N. Pepper Rd. Barrington, IL 60010-2385 | | J | Possible Personal Guaranty | | | | 11,149.43 |
| Account No.  Onarga Nursery POB 115 Onarga, IL 60955 | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.  Oosterhoff Ground Covers 2502 South 8000 East Road. Saint Anne, IL 60964-9738 | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No.  Oregon Pride Nurseries, Inc. 5380 S.E. Booth Bend Rd. McMinnville, OR 97128 | | J | Possible Personal Guaranty | | | | 3,010.00 |

Sheet no. __49__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 14,159.43 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                          Case No. _____
         **Gloria J Geimer**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Paddock Publications POB 3204 Arlington Heights, IL 60004** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Palatine Heating & Cooling 17440 N. Rand Road Palatine, IL 60074** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Paragon Spring Company 4435 W. Rice St. Chicago, IL 60651** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Patrick's Find Foliage, Inc. POB 428 Goulds Miami, FL 33170-0428** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Perennial Partners 5404 Chapman Rd. North Branch, MI 48461** | | J | | | | | | 0.00 |

Sheet no. __**50**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                                    Case No. _____
      **Gloria J Geimer**

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pine Grove Greenhouse** <br>**25280 County Road** <br>**388** <br>**Gobles, MI 49055** | | J | **Possible Personal Guaranty** | | | | 12.00 |
| Account No. <br><br>**Pond Deals** <br>**932 S. Main St.** <br>**North Canton, OH 44720** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Poplar Farms, INc.** <br>**39W100 Main St.** <br>**Batavia, IL 60510** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Primescape Products** <br>**POB 95409** <br>**Palatine, IL 60095-0409** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Primitives by Kathy** <br>**1817 William Penn Way** <br>**Lancaster, PA 17601** | | J | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __51__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    12.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                        Case No. _____
       **Gloria J Geimer**

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Prince Corp.**<br>**POB 2088**<br>**Dept. # 4038**<br>**Milwaukee, WI 53201-2088** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Property Insight AccountsReceivable**<br>**1007 E. Cooley Drive**<br>**Colton, CA 92324** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Pygar, Inc.**<br>**POB 3147**<br>**Kirkland, WA 98083** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**QC Supply**<br>**574 Road 11**<br>**POB 581**<br>**Schuyler, NE 68661** | | J | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br>**Quill Corporation**<br>**POB 37600**<br>**Philadelphia, PA 19101-0600** | | J | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __52__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
      (Total of this page)             **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**
**Gloria J Geimer**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **R.A. Adams Enterprises, Inc.** <br> **2600 W. Route 120** <br> **McHenry, IL 60050** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Radio Shack** <br> **1248 E. Dundee Rd.** <br> **Palatine, IL 60067** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Rassynda Farm Greenhouse** <br> **10604 Statton St.** <br> **Zeeland, MI 49464** | | J | | Possible Personal Guaranty | | | | 12,200.05 |
| Account No. <br><br> **Reading Electric, Inc.** <br> **1113 Valley Stream Drive** <br> **Wheeling, IL 60090** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Regal Art & Gift** <br> **4589 Pacheco Blvd.** <br> **Martinez, CA 94553-2223** | | J | | Possible Personal Guaranty | | | | 0.00 |

Sheet no. __53__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,200.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                                    Case No. _____
  **Gloria J Geimer**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Personal Guaranty | | | | |
| Reinders, Inc. 13400 Watertown Plank Rd. POB 825 Elm Grove, WI 53122 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Repellex USA POB 396 Niles, MI 49120 | | J | | | | | 1,285.60 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Retailers Occupation Tax Springfield, IL 62796-0001 | | J | | | | | 8,138.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Ricoh Americas Corp. POB 6434 Carol Stream, IL 60197-6434 | | J | | | | | 741.47 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Ridge Manor Nurseries, Inc. 2700 County Lane Road Madison, OH 44057 | | J | | | | | 4,995.00 |

Sheet no. __54__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,160.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                                    Case No. _____
    **Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | J | | **Possible Personal Guaranty** | | | | |
| **Ritter's Pottery & Garden** **POB46** **South Rockwood, MI 48179** | | | | | | | | | **0.00** |
| Account No. | | | J | | **Possible Personal Guaranty** | | | | |
| **River Market Pottery** **Eastman National Bank** **POB 190** **Ponca City, OK 74602** | | | | | | | | | **0.00** |
| Account No.  **ComEd** | | | J | | **NOTICE ONLY** | | | | |
| **RMS Collections** **4836 Becksville Rd.** **POB 523** **Richfield, OH 44286** | | | | | | | | | **0.00** |
| Account No.  **Veolia Es Waste Midwest, Inc.** | | | J | | **NOTICE ONLY** | | | | |
| **RMS Collections** **4836 Brecksville Rd.** **POB 523** **Richfield, OH 44286** | | | | | | | | | **0.00** |
| Account No. | | | J | | **Possible Personal Guaranty** | | | | |
| **Robinson Consumer Products** **c/o Fordham Financial Services, Inc** **POB 1220** | | | | | | | | | **0.00** |

Sheet no. __**55**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
         (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                    Case No. _____
         **Gloria J Geimer**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Personal Guaranty | | | | |
| **Ron Clesen Orn Plants, Inc.** **45W464 Ramm Rd.** **Maple Park, IL 60151-8665** | | J | | | | | **0.00** |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Ron Rahhal Consulting** **521 W. Belmont** **#1** **Chicago, IL 60657** | | J | | | | | **1,500.00** |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Rosset Pump & Well Service** **16577 W. Aptkisic Rd.** **Lincolnshire, IL 60069-9709** | | J | | | | | **0.00** |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Rotary Club of Long Grove** **POB 111** **Lake Zurich, IL 60047** | | J | | | | | **0.00** |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Salamander Graphix, Inc.** **10 Hanger Way Watsonville** **Watsonville, CA 95076** | | J | | | | | **0.00** |

Sheet no. __**56**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **1,500.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**
**Gloria J Geimer**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Personal Guaranty | | | | |
| **Sam's Club** **8198 1055 McHenry Rd.** **Wheeling, IL 60090-2231** | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Scheurich USA, Inc.** **1896 Momentum Place** **Chicago, IL 60689-5318** | | J | | | | | 1,454.91 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Sears Card** **POB 182156** **Columbus, OH 43218-2156** | | J | | | | | 0.00 |
| Account No. | | | Credit Card Purchases | | | | |
| **Sears/Citi Bank** **POB 6241** **Sioux Falls, SD 57117** | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **SEB New York Branch** **245 Park Ave.** **42nd Floor** **New York, NY 10167-0061** | | J | | | | | 4,258.01 |

Sheet no. __57__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,712.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                    Case No. _____
          **Gloria J Geimer**
_____,
                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Secretary of State**<br>**501 S. 2nd Street**<br>**Springfield, IL 62722-0612** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Seeds Solutions**<br>**14119 Collections Center**<br>**Chicago, IL 60693** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Signs Today**<br>**Palatine, IL 60067** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Silhouettes of the Desert**<br>**1022 La Rueda**<br>**Vista, CA 92084** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No.<br><br>**Sir Speedy**<br>**460 W. Haldday Rd.**<br>**Buffalo Grove, IL 60089** | | J | | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __**58**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                         Case No. _____
       **Gloria J Geimer**
_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sorensen Greenhosues, Inc.**<br>**POB 220**<br>**Ruthven, ON** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Soy Basics, LLC**<br>**375 Industrial Ave.**<br>**New Hampton, IA 50659** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Specimen Ridge Nursery**<br>**12379 152nd Ave.**<br>**West Olive, MI 49460** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Springleaf Financial Services**<br>**2 W Grand Ave.**<br>**Suite 102**<br>**Fox Lake, IL 60020** | | J | | Installment | | | | 0.00 |
| Account No.<br><br>**Sprint**<br>**POB 4191**<br>**Carol Stream, IL 60197-4191** | | J | | Possible Personal Guaranty | | | | 647.69 |

Sheet no. __59__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

647.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                              Case No. _____
       **Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Standard Coffee Service Company** **POB 974860** **Dallas, TX 75397-4860** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Stark Bro's** **POB 398** **Louisiana, MO 63353** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. **Northwest Radiology** | | | NOTICE ONLY | | | | |
| **State Collection Service, Inc.** **2509 S. Stoughton Rd.** **Madison, WI 53716** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Stockdale Tree Farm** **2901 Baker's Crossroads Dr.** **Hazel, KY 42049** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| **Studebaker Nurseries, Inc.** **11140 Milton-Carlisle Rd.** **New Carlisle, OH 45344** | | J | | | | | |
| | | | | | | | 11,775.25 |

Sheet no. __**60**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,775.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**
**Gloria J Geimer**

_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Summer Classics** **c/o Branch Banking&trust** **POB 890011** **Charlotte, NC** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Sun Garden Service** **POB 4975** **Seminole, FL 33775** | | J | | | | | | 729.23 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Sunlight Greenhouse, Inc.** **400 E. North Street** **Coal City, IL 60416** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Sunshine Foliage World** **POB 328** **Zolfo Springs, FL 33890** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **T.K. Packaging, Inc.** **4216 Miller Oaks Dr.** **McHenry, IL 60050** | | J | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __61__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 729.23 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**        Case No. _____
      **Gloria J Geimer**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **T.R. McTaggart** <br> **219 N. Front Street** <br> **Standish, MI 48658** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **0.00** |
| Account No. <br><br> **Tag** <br> **1730 West Wrightwood** <br> **Chicago, IL 60614-1914** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **0.00** |
| Account No. <br><br> **Target National Bank** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459-0317** | | J | **Credit Card Purchases** | | | | <br><br><br> **0.00** |
| Account No. <br><br> **Tec Material Handling** <br> **440 Kay Ave.** <br> **Addison, IL 60101-4905** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **0.00** |
| Account No. <br><br> **Ted's Greenhouse** <br> **16930 S. 84th Ave.** <br> **Tinley Park, IL 60477** | | J | **Possible Personal Guaranty** | | | | <br><br><br> **20.00** |

Sheet no. __**62**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  **20.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                          Case No. _____
        **Gloria J Geimer**
_____,
                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **The Bruce Company, Inc.** **POB 620330** **Middleton, WI 53562-0330** | | J | | | | | | **0.00** |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **The Home Depot** **Processing Center** **Des Moines, IA 50364** | | J | | | | | | **0.00** |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **The Roy Houff Company** **6200 S. Oak Park Ave.** **Chicago, IL 60638** | | J | | | | | | **0.00** |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **The Sign Advantage** **2186 Dundee Rd.** **Palatine, IL 60074** | | J | | | | | | **0.00** |
| Account No. | | | | **Possible Personal Guaranty** | | | | |
| **Tom & Betty Geimer Trust** **2727 RFD** **Olde Rout 83** **Lake Zurich, IL 60047-7904** | | J | | | | | | **0.00** |

Sheet no. __63__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                      Case No. _____
      **Gloria J Geimer**

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tom Leider's Greenhouses, Inc.**<br>**1115 Rt. 173**<br>**Hebron, IL 60034** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br>**Tran Trex Foliage, Inc.**<br>**POB 549**<br>**Plymouth, FL 32768-0549** | | J | Possible Personal Guaranty | | | | 0.00 |
| Account No. <br><br>**Two's Company, Inc.**<br>**POB 5302**<br>**New York, NY 10087-5302** | | J | Possible Personal Guaranty | | | | 60.00 |
| Account No. <br><br>**U.S. Mulch, Ltd.**<br>**POB 76515**<br>**Cleveland, OH 44101-6500** | | J | Possible Personal Guaranty | | | | 6,236.44 |
| Account No. <br><br>**Uline**<br>**2200 S. Lakeside Dr.**<br>**Waukegan, IL 60085** | | J | Possible Personal Guaranty | | | | 0.00 |

Sheet no. __64__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,296.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**
　　　　**Gloria J Geimer**                                                                          Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Possible Personal Guaranty | | | | |
| Unicare Health Insurance Co. POB 5017 Bolingbrook, IL 60440-5017 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Unilock Chicago, Inc. 301 E. Sullivan Road Aurora, IL 60505 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| United States Treasury IRS Holtsville, NY 11742 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| Up with Paper, LLC POB 73350 Cleveland, OH 44193 | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| USDA - APHIS - PPQ-Permit Unit 4700 River Road Unit 135 Riverdale, MD 20737-1236 | | J | | | | | | 0.00 |

Sheet no. __65__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Geimer,**                                                    Case No. _____
       **Gloria J Geimer**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Van Vloten Nurseries, Ltd.** **17616 Ford Rd.** **Pitt Meadows, BC** | | | J | | | | | 3,023.09 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Vans, Inc.** **3730 W. 131st St.** **Alsip, IL 60658** | | | J | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Vazcom Communications** **471 N. Maint Street** **Antioch, IL 60002** | | | J | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Veolia Es Waste Midwest, Inc.** **T8 POB 6484** **Carol Stream, IL 60197-6484** | | | J | | | | | 2,318.58 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Verizon Wireless** **POB 790406** **Saint Louis, MO 63179-0406** | | | J | | | | | 0.00 |

Sheet no. __66__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,341.67**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**
           **Gloria J Geimer**                                                             Case No. _____

_____,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Personal Guaranty | | | | |
| VG Supply Company, Inc. 1400 Renaissance Dr. Suite 309 Park Ridge, IL 60068 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Village od Schaumburg 101 Schaumburg Ct. Schaumburg, IL 60193 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Village of Arlington Heights 33 S. Arlington Heights Rd. Arlington Heights, IL 60005 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Village of Lake Barrington 23860 N. Old Barrington Rd. Barrington, IL 60010 | | J | | | | | 0.00 |
| Account No. | | | Possible Personal Guaranty | | | | |
| Village of Long Grove 3110 RFD Lake Zurich, IL 60047 | | J | | | | | 50.00 |

Sheet no. __67__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**
         **Gloria J Geimer**

Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Village of Mt. Prospect** **100 S. Ememrson St.** **Mount Prospect, IL 60056** | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Village of Mundelein** **440 East Hawley St.** **Mundelein, IL 60060** | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Volm Companies, Inc.** **1804 Edison Street** **Antigo, WI 54409-0400** | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **W-T Land Surveying, Inc.** **2675 Pratum Ave.** **Hoffman Estates, IL 60192** | | J | | | | | | |
| | | | | | | | | 350.00 |
| Account No. **xxx-xxxxxxx-x008-7** | | | | Possible Personal Guaranty | | | | |
| **Waste Management North** **POB 9001797** **Louisville, KY 40290-1797** | | J | | | | | | |
| | | | | | | | | 194.64 |

Sheet no. __**68**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

544.64

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Geimer,**                           Case No. _____
        **Gloria J Geimer**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Weeks Seed Company, Inc.**<br>**1050 Moyle Blvd.**<br>**Greenville, NC 27834** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Wells Fargo**<br>**P. O. Box 10335**<br>**Des Moines, IA 50306** | | J | | 30 yr mortgage | | | | 485,097.00 |
| Account No.<br><br>**Wells Fargo**<br>**POB 29704**<br>**Phoenix, AZ 85038** | | J | | Credit Card Purchases | | | | 0.00 |
| Account No.<br><br>**Wells Fargo Financial Capital Finan**<br>**POB 7777**<br>**San Francisco, CA 94120-7777** | | J | | Possible Personal Guaranty | | | | 0.00 |
| Account No.<br><br>**Wenke Greenhouses**<br>**2525 N. 30th St**<br>**Kalamazoo, MI 49048** | | J | | Possible Personal Guaranty | | | | 0.00 |

Sheet no. __69__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal               **485,097.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Geimer,**                                                      Case No. _____
        **Gloria J Geimer**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wheeling Auto Center** <br> **2430 Hintz Road** <br> **Arlington Heights, IL 60004** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **Whitecraft, Inc.** <br> **4100 Carolina Commerce parkway** <br> **Ladson, SC 29456-6704** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **WhiteHall Products, Ltd.** <br> **3291 Patsphere Circle** <br> **Chicago, IL 60674** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **Wiener Take All** <br> **117 Wieland Road** <br> **Buffalo Grove, IL 60089** | | J | | **Possible Personal Guaranty** | | | | 0.00 |
| Account No. <br><br> **Willowway Nurseries, Inc.** <br> **POB 299** <br> **Avon, OH 44011-2399** | | J | | **Possible Personal Guaranty** | | | | 0.00 |

Sheet no. __**70**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                                                    Case No. _____
         **Gloria J Geimer**

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Wilson Landscape Supply, Inc.** **43W967 State Route 72** **Hampshire, IL 60140-8271** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Wilson Nurseries, Inc** **43W967 St. Rt 72** **Hampshire, IL 60140-8271** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Woodstock Percussion, Inc.** **POB 3198** **Buffalo, NY 14240-3198** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **XYLEM, Ltd.** **MELYX, inc.** **18715 Rt. 84** **Cordova, IL 61242** | | J | | | | | | 0.00 |
| Account No. | | | | Possible Personal Guaranty | | | | |
| **Yellow Book USA** **POB 586** **Newark, NJ 07101-0586** | | J | | | | | | 0.00 |

Sheet no. __71__ of __72__ sheets attached to Schedule of                    Subtotal                     0.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Geimer,**                       Case No. _____
         **Gloria J Geimer**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Yellow Roadway Freight** <br> **10990 Roe Ave.** <br> **Leawood, KS 66211-1213** | | J | | **Possible Personal Guaranty** | | | | <br><br> **0.00** |
| Account No. <br><br> **Zelenka Nursery, inc.** <br> **Dept,. #63201** <br> **POB 67000** <br> **Detroit, MI 48267-0632** | | J | | **Possible Personal Guaranty** | | | | <br><br> **0.00** |
| Account No. <br><br> **Zoe's Tropicals, Inc.** <br> **LSQ Funding Group, LC** <br> **POB 404322** <br> **Atlanta, GA 30384-4322** | | J | | **Possible Personal Guaranty** | | | | <br><br> **0.00** |
| Account No. <br><br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br><br> | | | | | | | | |

Sheet no. __72__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | **0.00** |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **1,097,024.38** |

B6G (Official Form 6G) (12/07)

.

In re    **Michael J Geimer,**                                     Case No. _____

              **Gloria J Geimer**

_____ ,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jason Landry**<br>**2239 N. Rand Road**<br>**Palatine, IL 60074** | **Building Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Michael J Geimer,**
       **Gloria J Geimer**

Case No. _____

_____,
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                                      Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re    **Michael J Geimer**
     **Gloria J Geimer**                               Case No.
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **Geimer Landscape Services, LLC** | |
| How long employed | **Since 1/2008** | |
| Address of Employer | **2239 N. Rand Road**<br>**Palatine, IL 60074** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify):   **Unemployment** | $ | 0.00 | $ | 1,596.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 1,596.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 1,596.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 1,596.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Michael J Geimer**
    **Gloria J Geimer**             Case No. _____

                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?     Yes ___    No **X** | | |
|    b. Is property insurance included?     Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 285.00 |
|               b. Water and sewer | $ | 35.00 |
|               c. Telephone | $ | 70.00 |
|               d. Other  **Cellular Telephones/internet** | $ | 40.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 120.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 100.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other | $ | 0.00 |
|             c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Personal hygiene** | $ | 60.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,590.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,596.00 |
| b.    Average monthly expenses from Line 18 above | $ | 1,590.00 |
| c.    Monthly net income (a. minus b.) | $ | 6.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael J Geimer**
   **Gloria J Geimer**
                          Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**89**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 14, 2012**                 Signature   **/s/ Michael J Geimer**
                                                          **Michael J Geimer**
                                                          Debtor

Date   **March 14, 2012**                 Signature   **/s/ Gloria J Geimer**
                                                          **Gloria J Geimer**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael J Geimer**
**Gloria J Geimer**                                           Case No.
_____
Debtor(s)                     Chapter   **7**
_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2012 YTD: Both Geimer Landscape Services, LLC** |
| **$30,000.00** | **2011: Both Geimer Landscape Services, LLC** |
| **$70,180.00** | **2010: Both Geimer Landscape Services, LLC** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,200.00** | **2012 YTD: Wife Unemployment** |
| **$9,600.00** | **2011: Wife Unemployment** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank Nat'l Assoc** <br> **v** <br> **Michael Geimer et al** <br> **08 CH 4494** | **Mortgage Foreclosure** | **Lake County, IL** | **Judgment for Plaintiff** |
| **Phelps Ohio Nursery LLC** <br> **v** <br> **Geimer Greenhouse et al** <br> **09 CV 2051** | **Collection** | **Lake County, IL** | **Judgment for plaintiff** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Michael Burgmeier** | **Collection** | **Lake County, IL** | **Judgment for plaintiff** |
| v | | | |
| **Michael Geimer et al** | | | |
| **09 LM 256** | | | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Lavelle Law, Ltd.**<br>**501 W Colfax**<br>**Palatine, IL 60067** | **11/2011** | **$1,100.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Charter One**<br>**P.O. Box 42010**<br>**Providence, RI 02940-2010** | **Geimer Green Houses $0** | |
| **American Enterprise Bank** | **Mike & Gloria $0** | |
| **Bank of America**<br>**P.O. Box 1758**<br>**Newark, NJ 07101-1758** | **Gloria $0** | |

5

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None □

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **16638 W. Brockman Ave. Prarie View, Illinois 60069** | **Michael J Geimer** | |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Geimer Greenhouses, Inc.** | 36-4054422 | **2727 RFD Old Route 53 Long Grove, IL 60047** | **Greenhouses** | **12/14/1995 to 9/2010** |
| **Geimer Landscape Services, LLC** | | **2239 N. Rand Road Palatine, IL 60074** | **Landscape Services** | **1/17/2008 to present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

    

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**March 14, 2012**__        Signature    __/s/ Michael J Geimer__
                                                **Michael J Geimer**
                                                Debtor

Date __**March 14, 2012**__        Signature    __/s/ Gloria J Geimer__
                                                **Gloria J Geimer**
                                                Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael J Geimer**
      **Gloria J Geimer**

                                Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| Creditor's Name:<br>**ASC** | Describe Property Securing Debt:<br>**3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) .   Zillow.com indicated Fair Market Value of $298,400.00 with a range of $224,000.00 to $39** |
|---|---|

Property will be (check one):

   ■ Surrendered                   ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name:<br>**U.S. Bank** | Describe Property Securing Debt:<br>**3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) .   Zillow.com indicated Fair Market Value of $298,400.00 with a range of $224,000.00 to $39** |
|---|---|

Property will be (check one):

   ■ Surrendered                   ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**U.S. Bank** | **Describe Property Securing Debt:**<br>**3250 Middlesax Drive, Long Grove, IL 60047 -- Single family residence (judicial sale from mortgage foreclosure case # 08 CH 4494 set for 3-16-2012) .   Zillow.com indicated Fair Market Value of $298,400.00 with a range of $224,000.00 to $39** |

Property will be (check one):
■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 14, 2012**                    Signature  **/s/ Michael J Geimer**
                                                      **Michael J Geimer**
                                                      Debtor


Date  **March 14, 2012**                    Signature  **/s/ Gloria J Geimer**
                                                      **Gloria J Geimer**
                                                      Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael J Geimer**
     **Gloria J Geimer**
                    Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 2,100.00 |
   | Prior to the filing of this statement I have received | $ | 1,100.00 |
   | Balance Due | $ | 1,000.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
       **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 14, 2012**

**/s/ Timothy M. Hughes**
**Timothy M. Hughes 6208982**
**Lavelle Law, Ltd.**
**501 W Colfax**
**Palatine, IL 60067**
**847.705-9698  Fax: 847.241-1702**
**thughes@lavellelaw.com**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael J Geimer**
     **Gloria J Geimer**                      Case No.
                                    Debtor(s)          Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Michael J Geimer** | | |
|---|---|---|
| **Gloria J Geimer** | X   **/s/ Michael J Geimer** | **March 14, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X   **/s/ Gloria J Geimer** | **March 14, 2012** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael J Geimer**
      **Gloria J Geimer** _____    Case No. _____
                                    Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **364**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 14, 2012** _____    **/s/ Michael J Geimer** _____
                                          **Michael J Geimer**
                                          Signature of Debtor

Date:  **March 14, 2012** _____    **/s/ Gloria J Geimer** _____
                                          **Gloria J Geimer**
                                          Signature of Debtor

a-1 Total Security, Inc.
245 W. Dundee Road
Buffalo Grove, IL 60089

A.M. Lenard, Inc.
POB 816
Piqua, OH 45356-0815

AAH-HA Weidners Sewer
25 North Street
Grayslake, IL 60030

ABN Amro Mortage
2600 W. Big Beaver Rd.
Troy, MI 48084

Ace Hardware Corporation
2200 Kensington Court
Oak Brook, IL 60523-2100

Acorn Farms
7679 Worthington Road
Galena, OH 43021

Ades & Gish Nurseries
2222 N. Twin Oaks Valley Road
San Marcos, CA 92069

Al's Garden Art, Inc.
POB 111
Colton, CA 92324

Alarm Detection Systems, Inc.
1111 Church Road
Aurora, IL 60505

Allied Interstate
3000 Corporate Exchange Dr.
5th flr
Columbus, OH 43231

American Enterprise Bank
600 N. Buffalo Grove Rd.
Buffalo Grove, IL 60089

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American General
POB 0796
Carol Stream, IL 60132-0796

American Sod Corp.
POB 861
Palatine, IL 60078

Amerigas Dept
POB 0140
Palatine, IL 60055-0140

Aquascpae Designs, Inc.
36298 Treasury Center
Chicago, IL 60694-6200

Aris Horticulture
Yoder Brothers, Inc.
POB 230
Barberton, OH 44203

Armbrust Farm
15303 Obrien Road
Harvard, IL 60033

Arrows Plastic Manufacturing Co.
701 E. Devon Ave.
Elk Grove Village, IL 60007

Arthur Clesen, Inc.
543 Diens Dr.
Wheeling, IL 60090-2687

ASC
P.O. Box 10388
Des Moines, IA 50306-0388

AT&T
POB 9001310
Louisville, KY 40290-1310

Atlas Bobcat, Inc.
5050 N. River Road
Schiller Park, IL 60176


ATM


Auo Fix


Avanti Press Department
210401 POB 67000
Detroit, MI 48267-2104


Bailey Nurseies, Inc.
1325 Bailey Rd.
Saint Paul, MN 55119-6199


Baker & Sons, Ltd.
J.C. Baker & Sons, Ltd.
R.R. 3. 1209 Third Street
Ontario


Bank of America
POB 17054
Wilmington, DE 19850


Bank of America
450 American St
# SV416
Simi Valley, CA 93065


Bank of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank of America, N.A.- T&B G
POB 660807
Dallas, TX 75266-0807


Bank of American Home Loans JK
POB 650070
Dallas, TX 75265-0070

Bartels Plants, Inc.
8600 116th Ave.
West Olive, MI 49460


Battery Dept.


Bayview Flowers, Ltd.
3764 Jordan Rd.
Ontario


Bernecker's Nursery, Inc.
16900 S.W. 216th St.
Miami, FL 33170


Bert R. Hybels, Inc.
3322 Grand Prairie
Kalamazoo, MI 49006


Best Sanitation


Better Blooming Orchids
1850 Palmetto Dr.
Kissimmee, FL 34744


Betty G. Geimer
20518 Plumwood Lane
Lake Zurich, IL 60047


Betty Geimer
20518 Plumwood Lane
Lake Zurich, IL 60047


Beveryly Materials, LLC
1100 Brandt Dr.
Elgin, IL 60120-1693


BFG Supply Co.
POB 660117
Indianapolis, IN 46266-0117


Bishop Plumbing

Blue Start Group
1165 Tern Drive
Palatine, IL 60067


Border Concepts, Inc.
POB 471185
Charlotte, NC 28247-1185


Bork Nurseries, Inc.
POB Drawer 147
Onarga, IL 60955-0147


Botanical Interests, Inc.
660 Compton St.
Broomfield, CO 80020


Bottman Design, Inc.
1081 S. 300 West
#A
Salt Lake City, UT 84101


Boven's Quality Plants
8450 East H. Ave.
Kalamazoo, MI 49048


Boyd Nurseries, Inc.
1535 B Road
Loxahatchee, FL 33470


BP Amoco
PO Box 15325
Wilmington, DE 19886


Breezy Nursery
7530 288th Ave.
Salem, WI 53168


Bromelias Specialties, Inc.
28001 SW 197th Ave.
Homestead, FL 33030


Bruce Jensen Nureries/Flordia LLP
81 Roger Williams Rd.
Orange Park, FL 32073-4573

Buckerridge Door, Inc.
15 S. University
Arlington Heights, IL 60004


Burgmeier Real Estate c/o Michael
33 W. Monroe
Suite 600
Chicago, IL 60603


Butler's Foliage, Inc.
POB 92-4297
Homestead, FL 33092


Campania
POB 506
Quakertown, PA 18951


Capital One
POB 6492
Carol Stream, IL 60197


Capri Farms, Inc.
19900 SW 248th Street
Homestead, FL 33031


Carlin Sales Corproation
8170 North Granville Road
Milwaukee, WI 53223


Carruth Studio, Inc.
1178 Farnsworth Road
Waterville, OH 43566-1074


Ceramo Company, Inc.
POB Drawer 485
Jackson, MO 63755


Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
POB 901076
Fort Worth, TX 76101

Chase
POB 71
Phoenix, AZ 85001


Chase BP Private
POB 15298
Wilmington, DE 19850


ChaseUSA
PO Box 15298
Wilmington, DE 19850


Chesapeake Nurseries, Inc.
27588 Pemberton Drive
Salisbury, MD 21801


Chicago Botanic Gardens
Education Registar
1000 Lake Cook Road
Glencoe, IL 60022


Chicago Foliage, Inc.
287 Commonwealth
Carol Stream, IL 60188


Chicago International Trucks
211 S. Rt 83
Grayslake, IL 60030


Chicago Tribune
14839 Collection Center Dr.
Chicago, IL 60693-0148


Chicagoland Gardening Magazine
c/o Growit Communications
POB208
Downers Grove, IL 60515-0208


Citi Cards / Citi Bank
POB 6500
Sioux Falls, SD 57117


Citi Mortgage
P.O. Box 183040
Columbus, OH 43218-3040

CitiFinancial
200 Saint Paul Pl
Baltimore, MD 21202


Clesen Brothers, Inc.
1050 Center Drive
South Elgin, IL 60177-2502


Clesen Wholesale
316 Florence Ave.
60202-3298


CNT Systems
POB 5035
Vernon Hills, IL 60061


College of Lake County
c/o Armer Systems Corp.
1700 Kiefer Dr.; Suite 1
Zion, IL 60099


Com Ed Bill Payment Center
2727 RFD
Chicago, IL 60668-0001


Commerce Corporation
J. Molema & Sons
4660 East Paris Ave. SE
Grand Rapids, MI 49512-5317


Community Sewer & Septic, Inc.
POB 874
Wauconda, IL 60084


Conseco Life Insurance Co.
POB 6267
Carol Stream, IL 60197


Contunental Craft, Inc.
c/o Jay Levy POB 1181
Evanston, IL 60201


Costa Nursery Farms, LLC
POB 7247-6333
Philadelphia, PA 19170-6333

Cottage Gardens, Inc.
4992 Middle Ridge Rd.
Perry, OH 44081


Country Stone, Inc.
POB 1160
Milan, IL 61264


Countryside Nursery
13200 S.W. Wilsonville Rd.
Wilsonville, OR 97070


County Acres
8181 Barry Street
Zeeland, MI 49464


Credit Protection Association
1335 Noel Rd.
Suite 2100
Dallas, TX 75240


D. Hill Nursery Coimpany
16111 State Route 176
Union, IL 60180


DeLeon's Bromeliads, Inc.
13745 SW 216th St.
Miami, FL 33170


Dependable Fire Equipment, Inc.
60 Le Baron St.
Waukegan, IL 60085-3025


Devroomen Holland
POB 189
Russell, IL 60075


Dex
8519 Innovation Way
Chicago, IL 60682-0085


Diamond Blade Warehouse
POB 5756
Vernon Hills, IL 60061

Direct Energy
POB 1659
New York, NY 10008-1659


Direct Energy Services, LLC
POB 1659
New York, NY 10008-1659


Discover
POB 15316
Wilmington, DE 19850-5316


Donahues Clematis Specialists
420 S.W. 10th Street
POB 366
Faribault, MN 55021


Dorfman Pacific Co., Inc.
2615 Boeing Way
Stockton, CA 95206


E. Besler & Co.
115 Martin Lane
Elk Grove Village, IL 60007-1309


Elite Growers, Inc.
18 Sequoia Rd.
Lake Zurich, IL 60047


Evergreen
5915 Midlothian Turnpike
Richmond, VA 23225


Evergreen Sales Company
1969 Lake Terrace
Glenview, IL 60025


Ex Officeio
POB 915199
Dallas, TX 75391-5199


Expeditors International/Chicago
849 Thomas Drive
Bensenville, IL 60106

Exxon Mobil
Processing Center
Des Moines, IA 50361-0001


Fantasy Foliage
815 N. Homestead Blvd.
Homestead, FL 33030


Fastsigns
700 N. Milwaukee Ave.
Vernon Hills, IL 60061


Fed Ex
POB 94515
Palatine, IL 60094-4515


Florico Foliage Corp
POB 990
Apopka, FL 32704


Florida Cactus, Inc.
POB 2900
Apopka, FL 32704


Foliage Transport Network, Inc.
POB 4068
Apopka, FL 32704


Fremont Investment & Loan
175 N. Riverview Dr.
Anaheim, CA 92808


Freund Equipment, Inc.
11816 S. Route 47
Huntley, IL 60142


FS Conserv, LC Farm Supply
Conserv FS 97791 Eagle Way
Chicago, IL 60678-1977


G & E Greenhouses, Inc.
POB 427
Elburn, IL 60119

Ganz, Inc.
# 043 60 Industrial Parkway
Buffalo, NY 14227-9903


Gardenware
429 SE Marlin
Suite C
Warrenton, OR 97146


Gardenworld
POB 14124
Saint Paul, MN 55114


Gardner Equipment Company, Inc.
167 Kindt Street
Juneau, WI 53039


GE/JCP
POB 965007
Orlando, FL 32896


GECRB/Sams Club
POB 965005
Orlando, FL 32896


Germania Seed Co.
5978 N. Northwest Highway
Chicago, IL 60631


Gerson International
POB 1209 Olathe
Olathe, KS 66051-1209


Glass Corner Green Houses, Inc.
3525 Bristol NW
Grand Rapids, MI 49544


Global Aquatics Importers
747 N. Edgewood Ave.
Wood Dale, IL 60191


Global Pottery
140 Half Follow Rd.
Huntington Station, NY 11746

GMAC
POB 380901
Minneapolis, MN 55438


Goebert's Pumpkin & Farm Market
40 W. Higgins Rd.
Barrington, IL 60010


Good Earth Greenhouse
135 S. Palmer Drive
Suite 102
Elmhurst, IL 60126


Goodmark Nurseries, LLC
POB 448
Wauconda, IL 60084


Grainger Dept.
136-801573130
Palatine, IL 60038


Granby Farms
400 E. North Street.
Coal City, IL 60416


Granby's Greenhouse, Inc.
5850 W. Waupecan Rd.
Verona, IL 60479


Grassmid Greenhouse
5825 96th Ave.
Zeeland, MI 49464


Grinnel Fire Proection Dept.
10320
Palatine, IL 60067


Hana Financial, Inc.
Floral Imports
POB 92943
Los Angeles, CA 90009


Harmann Engelmann Greenhouses, Inc.
POB 1147
Apopka, FL 32704-1147

Henri Studio, LLC Dept. 5405
POB 1170
Milwaukee, WI 53201


Henry & Rosalie Stein
8742 N Harding Ave
Skokie, IL 60076


Herman Losely & Son, Inc.
3410 Shepard Rd.
Twinsburg, OH 44087


Hilltop Garden
7461 Buchanan Street
Allendale, MI


Hines Nurseries, Inc.
Credit Dept.
12621 Jeffery Road
Irvine, CA 92620


Hoffie Nursery, Inc.
POB 426
Union, IL 60180-0426


Holland Beauty Flower & Bulb Corp.
7611 N. 73rd Street
Milwaukee, WI 53223


Home Nursery, Inc.
RT 157 & University Dr.
Edwardsville, IL 62025-0307


HomeQ Servicing
POB 13716
Sacramento, CA 95853


Hortech, Inc.
POB 533
Spring Lake, MI 49456-0533


Hortica The Florist's Mutual Insura
POB 807002
Kansas City, MO 64180-7002

```
Horticultural Sales, Inc.
POB 501524
San Diego, CA 92150-1524


HSBC Bank
2929 Walden Ave.
Depew, NY 14043


Hydro Spike
POB 3205
Hinsdale, IL 60522


IDOT
State Treasurer
201 W. Center Ct.
Schaumburg, IL 60196-1096


ILDepartment of Employment Security
800 Lancer Lane
Grayslake, IL 60030


Illinois Department of Employment
33 S. State, 9th Floor
Chicago, IL 60603


Illinois Department of Revenue
100 W Randolph 7th Floor
Bankruptcy Unit
Chicago, IL 60601


Illinois Dept. Agriculture
POB 19281
Springfield, IL 62794-9281


Illinois Dept. of Revenue
Board of Appeals - Suite 7-339
100 W. Randolff Street
Chicago, IL


Illinois Dept. of Revenue
POB 88294
Chicago, IL 60680-1294
```

Illinois Green Industry Association
2900 Green Briar Dr,
Springfield, IL 62704


Imperial Nurseries
POB 120 Granby CT.
Granby, CT 06035-0120


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revnue Service
Kansas City, MO 64999


Intrinsic Perennial Garden, Inc.
10702 Seaman Rd.
Hebron, IL 60034


Invisiclimb
491 Patricia Ct.
Suite 100
Grayslake, IL 60030


J&A Imports
Julian Lopez
1512 E. Gustavus St.
Laredo, TX 78040-6423


J. Frank Schmidt & Son Co.
POB 189 Boring
Boring, OR 97009


Jaki Jorg
5 Overlook Drive
Lake Zurich, IL 60047


Jan Kehe
25 Darlington
Lake Zurich, IL 60047

Jason Landry
2239 N. Rand Road
Palatine, IL 60074


K. G. McCarthy
4917 N. Seeley
Chicago, IL 60625


Kalalou
3844 W. Northside Dr.
Jackson, MS 39209


Kamensky Rubenstein
7250 N. Cicero Ave.
Suite 20
Lincolnwood, IL 60712-1693


Kendall Hill Nursery
16100 Newark Rd
Newark, IL 60541


Kerry's Bromeliad Nursery, Inc.
21840 S.W. 258th Street
Homestead, FL 33031


Kind's Foliage
25945 SW 197 ave.
Homestead, FL 33031


Kinsch Villiage Florist
301 Jackson St.
Palatine, IL 60067


Kinsman Company, Inc.
6805 Easton Rd.
POB 428
Pipersville, PA 18947


Klehm Plants, LLC
190A W. Penny RD.
Barrington, IL 60010-9385


Kloubec Fisheries
1375 Baxter Ave.
Amana, IA 52203

Kraft Gardens
1555 N. Kings Highway
Fort Pierce, FL 34947


Krinner USA, Inc.
21316 Seasprite Circle
Huntington Beach, CA 92646


LaBudde Group, Inc.
POB 420
Grafton, WI 53024


Lake County Collector
18 N. County Street
Waukegan, IL 60085-4361


Lake County NUrsery, Inc.
POB 634187
Cincinnati, OH 45263-4187


Lake Cypress Nursery, Inc.
POB 770429
Winter Garden, FL 34777-0429


Land & Sea, Inc.
POB 95000-1192
Philadelphia, PA 19195-1192


Lincoln NUrseries, Inc.
0-142 Lincoln Street N.W.
Grand Rapids, MI 49534


Linda Geimer
20518 Plumwood Lane
Lake Zurich, IL 60047


LIving Colors Nursery
19500 SW 140th St
Homestead, FL 33031


LIvingston Seed Co.
830 Kinnear Rd.
Columbus, OH 43212

Lotus International, Inc.
5 Dairy Park Road
Athens, GA 30607


Lurvey Landscape Supply
30560 N. Russel Drive
Round Lake, IL 60073


LVNV Funding
P. O. Box 10497
Greenville, SC 29603


M.C.T. Foliage Group
3322 Paysphere Circle
Chicago, IL 60674


Maday's WHLE Greenhouses, Inc.
2215 E. Richton Rd.
Crete, IL 60417


Madison Ohio Growers
6190 Middle Ridge Road
Madison, OH 44057


Mankus & Marchan, Ltd.
5950 E. Lincoln Ave (rt 53)
Suite 500
Lisle, IL 60532-3387


Marathon Oil Company
POB 740109
OH 45272-0109


Mariani Nursery
POB 550
Lake Bluff, IL 60044-0500


Martin Pasillas
1005 Tulip Way
Palatine, IL 60074


Matfield Orchard & Nursery
4785 Mayfield Rd.
West Bend, WI 53095

McHutchinson
Attn: Noel Birmingham
640 Mountain View Blvd.
Wayne, NJ 07470


Meadowbrooke Gourds
125 Potato Road
Carlisle, PA 17015


Menards
Retail Services
POB 17602
Baltimore, MD 21297-1602


Michael's Nursery
c/o Flagler Bank
1801 Forest Hill Blvd.
West Palm Beach, FL 33406


Midwest Cannon Falls
c/o Barry Serots & Assc.
POB 1008
Arlington Heights, IL 60006


Midwest Groundcovers
POB 748
Saint Charles, IL 60174


Midwest Trading Horticultural Suppl
POB 398
Maple Park, IL 60151


Minuteman International, Inc.
135 S. LaSalle St.
Chicago, IL 60674-2659


Monrovia Nursery Company
POB 1385
Azusa, CA 91702


Morning Dew
601 North Congress Ave.
#436
Delray Beach, FL 33445

Mossman
1811 Englewood Rd.
#274
Englewood, FL 34223-1822


Mowery & Schoenfeld, LLC
475 Hald Day Road
Lincolnshire, IL 60069


Mulch Manufacturing, Inc.
POB 641327
Cincinnati, OH 45264-1327


My Too Sprouts
POB 901387
Homestead, FL 33090-1387


Napa Home & Garden
3270 Summit Ridge Parkway
Suite 240
Duluth, GA 30096


Napa-Heights Automotive
POB 209
Prospect Heights, IL 60070


National Bark Sales
POB 7672
Boise, ID 83707


National Cocoa Shell Dist., Inc.
207 Buffalo Street
Suite 543
Milwaukee, WI 53202


National Polymers, Inc.
7920 W. 215th Street
Lakeville, MN 55044


National Seed Company
POB 583
Lisle, IL 60532

Nature Creations
5584 E. Gadde Bridge Lane
Olney, IL 62450


Navistar Financial Corp.
POB 96070
Chicago, IL 60693-6070


NEBS
500 Main Street
Attn: A/R
Groton, MA 01471


Netherland Buld
13 McFadden Road
Easton, PA 18045


Network Solutions, Inc.
POB17305
Baltimore, MD 21297-0525


New Creative Enterprises
6491 Paysphere Circle
Chicago, IL 60674


New England Pottery
POB 404996
Atlanta, GA 30384-4996


New River Casual Furniture
5909 Thurston Ave.
Virginia Beach, VA 23455


Newcomers Club of LongGrove&Kildeer
4432 RFD
Lake Zurich, IL 60047


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


North Shore Magazine
6901 W. 159th St.
Tinley Park, IL 60477-9103

Northstar Location Services LLC
4285 Genesee St
Buffalo, NY 14225-1943


Northwest Community Hospital
3060 Salt Creek
Suite 110


Northwest Electrical Supply
600 East Rand Rd.
Mount Prospect, IL 60056


O.M.I. Industries
18-6 East Dundee Rd.
Suite 101
Barrington, IL 60010


Office Depot. Credit Plan
POB 689020
Des Moines, IA 50368-9020


Olsen Distributing Company
969 N. Pepper Rd.
Barrington, IL 60010-2385


Onarga Nursery
POB 115
Onarga, IL 60955


Oosterhoff Ground Covers
2502 South 8000 East Road.
Saint Anne, IL 60964-9738


Oregon Pride Nurseries, Inc.
5380 S.E. Booth Bend Rd.
McMinnville, OR 97128


Paddock Publications
POB 3204
Arlington Heights, IL 60004


Palatine Heating & Cooling
17440 N. Rand Road
Palatine, IL 60074

Paragon Spring Company
4435 W. Rice St.
Chicago, IL 60651


Patrick's Find Foliage, Inc.
POB 428 Goulds
Miami, FL 33170-0428


Perennial Partners
5404 Chapman Rd.
North Branch, MI 48461


Pine Grove Greenhouse
25280 County Road
388
Gobles, MI 49055


Pond Deals
932 S. Main St.
North Canton, OH 44720


Poplar Farms, INc.
39W100 Main St.
Batavia, IL 60510


Primescape Products
POB 95409
Palatine, IL 60095-0409


Primitives by Kathy
1817 William Penn Way
Lancaster, PA 17601


Prince Corp.
POB 2088
Dept. # 4038
Milwaukee, WI 53201-2088


Property Insight AccountsReceivable
1007 E. Cooley Drive
Colton, CA 92324


Pygar, Inc.
POB 3147
Kirkland, WA 98083

QC Supply
574 Road 11
POB 581
Schuyler, NE 68661


Quill Corporation
POB 37600
Philadelphia, PA 19101-0600


R.A. Adams Enterprises, Inc.
2600 W. Route 120
McHenry, IL 60050


Radio Shack
1248 E. Dundee Rd.
Palatine, IL 60067


Rassynda Farm Greenhouse
10604 Statton St.
Zeeland, MI 49464


Reading Electric, Inc.
1113 Valley Stream Drive
Wheeling, IL 60090


Regal Art & Gift
4589 Pacheco Blvd.
Martinez, CA 94553-2223


Reinders, Inc.
13400 Watertown Plank Rd.
POB 825
Elm Grove, WI 53122


Repellex USA
POB 396
Niles, MI 49120


Retailers Occupation Tax
Springfield, IL 62796-0001


Ricoh Americas Corp.
POB 6434
Carol Stream, IL 60197-6434

Ridge Manor Nurseries, Inc.
2700 County Lane Road
Madison, OH 44057


Ritter's Pottery & Garden
POB46
South Rockwood, MI 48179


River Market Pottery
Eastman National Bank
POB 190
Ponca City, OK 74602


RMS Collections
4836 Becksville Rd.
POB 523
Richfield, OH 44286


RMS Collections
4836 Brecksville Rd.
POB 523
Richfield, OH 44286


Robinson Consumer Products
c/o Fordham Financial Services, Inc
POB 1220


Ron Clesen Orn Plants, Inc.
45W464 Ramm Rd.
Maple Park, IL 60151-8665


Ron Rahhal Consulting
521 W. Belmont
#1
Chicago, IL 60657


Rosset Pump & Well Service
16577 W. Aptkisic Rd.
Lincolnshire, IL 60069-9709


Rotary Club of Long Grove
POB 111
Lake Zurich, IL 60047

Salamander Graphix, Inc.
10 Hanger Way Watsonville
Watsonville, CA 95076


Sam's Club
8198 1055 McHenry Rd.
Wheeling, IL 60090-2231


Scheurich USA, Inc.
1896 Momentum Place
Chicago, IL 60689-5318


Sears Card
POB 182156
Columbus, OH 43218-2156


Sears/Citi Bank
POB 6241
Sioux Falls, SD 57117


SEB New York Branch
245 Park Ave.
42nd Floor
New York, NY 10167-0061


Secretary of State
501 S. 2nd Street
Springfield, IL 62722-0612


Seeds Solutions
14119 Collections Center
Chicago, IL 60693


Signs Today
Palatine, IL 60067


Silhouettes of the Desert
1022 La Rueda
Vista, CA 92084


Sir Speedy
460 W. Haldday Rd.
Buffalo Grove, IL 60089

Sorensen Greenhosues, Inc.
POB 220
Ruthven, ON


Soy Basics, LLC
375 Industrial Ave.
New Hampton, IA 50659


Specimen Ridge Nursery
12379 152nd Ave.
West Olive, MI 49460


Springleaf Financial Services
2 W Grand Ave.
Suite 102
Fox Lake, IL 60020


Sprint
POB 4191
Carol Stream, IL 60197-4191


Standard Coffee Service Company
POB 974860
Dallas, TX 75397-4860


Stark Bro's
POB 398
Louisiana, MO 63353


State Collection Service, Inc.
2509 S. Stoughton Rd.
Madison, WI 53716


Stockdale Tree Farm
2901 Baker's Crossroads Dr.
Hazel, KY 42049


Studebaker Nurseries, Inc.
11140 Milton-Carlisle Rd.
New Carlisle, OH 45344


Summer Classics
c/o Branch Banking&trust
POB 890011
Charlotte, NC

Sun Garden Service
POB 4975
Seminole, FL 33775


Sunlight Greenhouse, Inc.
400 E. North Street
Coal City, IL 60416


Sunshine Foliage World
POB 328
Zolfo Springs, FL 33890


T.K. Packaging, Inc.
4216 Miller Oaks Dr.
McHenry, IL 60050


T.R. McTaggart
219 N. Front Street
Standish, MI 48658


Tag
1730 West Wrightwood
Chicago, IL 60614-1914


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


Tec Material Handling
440 Kay Ave.
Addison, IL 60101-4905


Ted's Greenhouse
16930 S. 84th Ave.
Tinley Park, IL 60477


The Bruce Company, Inc.
POB 620330
Middleton, WI 53562-0330


The Home Depot
Processing Center
Des Moines, IA 50364

The Roy Houff Company
6200 S. Oak Park Ave.
Chicago, IL 60638


The Sign Advantage
2186 Dundee Rd.
Palatine, IL 60074


Tom & Betty Geimer Trust
2727 RFD
Olde Rout 83
Lake Zurich, IL 60047-7904


Tom Leider's Greenhouses, Inc.
1115 Rt. 173
Hebron, IL 60034


Tran Trex Foliage, Inc.
POB 549
Plymouth, FL 32768-0549


Two's Company, Inc.
POB 5302
New York, NY 10087-5302


U.S. Bank
c/o Codilis & Assoc
15W030 North Frontage Rd., #100
Willowbrook, IL 60527


U.S. Bank
4801 Frederica St
Owensboro, KY 42301


U.S. Mulch, Ltd.
POB 76515
Cleveland, OH 44101-6500


Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085


Unicare Health Insurance Co.
POB 5017
Bolingbrook, IL 60440-5017

Unilock Chicago, Inc.
301 E. Sullivan Road
Aurora, IL 60505


United States Treasury
IRS
Holtsville, NY 11742


Up with Paper, LLC
POB 73350
Cleveland, OH 44193


USDA - APHIS - PPQ-Permit Unit
4700 River Road
Unit 135
Riverdale, MD 20737-1236


Van Vloten Nurseries, Ltd.
17616 Ford Rd.
Pitt Meadows, BC


Vans, Inc.
3730 W. 131st St.
Alsip, IL 60658


Vazcom Communications
471 N. Maint Street
Antioch, IL 60002


Veolia Es Waste Midwest, Inc.
T8 POB 6484
Carol Stream, IL 60197-6484


Verizon Wireless
POB 790406
Saint Louis, MO 63179-0406


VG Supply Company, Inc.
1400 Renaissance Dr.
Suite 309
Park Ridge, IL 60068


Village od Schaumburg
101 Schaumburg Ct.
Schaumburg, IL 60193

Village of Arlington Heights
33 S. Arlington Heights Rd.
Arlington Heights, IL 60005


Village of Lake Barrington
23860 N. Old Barrington Rd.
Barrington, IL 60010


Village of Long Grove
3110 RFD
Lake Zurich, IL 60047


Village of Mt. Prospect
100 S. Ememrson St.
Mount Prospect, IL 60056


Village of Mundelein
440 East Hawley St.
Mundelein, IL 60060


Volm Companies, Inc.
1804 Edison Street
Antigo, WI 54409-0400


W-T Land Surveying, Inc.
2675 Pratum Ave.
Hoffman Estates, IL 60192


Waste Management North
POB 9001797
Louisville, KY 40290-1797


Weeks Seed Company, Inc.
1050 Moyle Blvd.
Greenville, NC 27834


Wells Fargo
P. O. Box 10335
Des Moines, IA 50306


Wells Fargo
POB 29704
Phoenix, AZ 85038

Wells Fargo Financial Capital Finan
POB 7777
San Francisco, CA 94120-7777


Wenke Greenhouses
2525 N. 30th St
Kalamazoo, MI 49048


Wheeling Auto Center
2430 Hintz Road
Arlington Heights, IL 60004


Whitecraft, Inc.
4100 Carolina Commerce parkway
Ladson, SC 29456-6704


WhiteHall Products, Ltd.
3291 Patsphere Circle
Chicago, IL 60674


Wiener Take All
117 Wieland Road
Buffalo Grove, IL 60089


Willowway Nurseries, Inc.
POB 299
Avon, OH 44011-2399


Wilson Landscape Supply, Inc.
43W967 State Route 72
Hampshire, IL 60140-8271


Wilson Nurseries, Inc
43W967 St. Rt 72
Hampshire, IL 60140-8271


Woodstock Percussion, Inc.
POB 3198
Buffalo, NY 14240-3198


XYLEM, Ltd.
MELYX, inc.
18715 Rt. 84
Cordova, IL 61242

Yellow Book USA
POB 586
Newark, NJ 07101-0586


Yellow Roadway Freight
10990 Roe Ave.
Leawood, KS 66211-1213


Zelenka Nursery, inc.
Dept,. #63201
POB 67000
Detroit, MI 48267-0632


Zoe's Tropicals, Inc.
LSQ Funding Group, LC
POB 404322
Atlanta, GA 30384-4322